```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

GUILLERMO RAMIREZ,

                Plaintiff,
v.                                Case No. 8:09-cv-321-T-33TBM

E.I. DUPONT DE NEMOURS AND
COMPANY,

                Defendant.
_____/

## **ORDER**

This matter comes before the Court pursuant to Defendant's Motion to Exclude Testimony of James B. Hall, M.D. (the "Motion" Doc. # 43), filed on March 29, 2010. Plaintiff failed to file a response in opposition to the Motion, and the time for Plaintiff to do so has expired.

In the Motion, Defendant seeks an order striking Plaintiff's "rebuttal" expert, James B. Hall, because (1) Hall was untimely disclosed (specifically, Plaintiff disclosed Hall five months late); (2) Hall's testimony is cumulative of Dr. Bloome, Plaintiff's chief expert witness; (3) Hall's testimony does not "rebut" or otherwise respond to Defendant's expert testimony; and (4) Hall's testimony is legally insufficient.

In light of the deficiencies pinpointed by Defendant and because Plaintiff completely failed to challenge the arguments asserted in the Motion, the Court grants the Motion. The

Court, thus, strikes Hall as a rebuttal expert.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant's Motion to Exclude Testimony of James B. Hall, M.D. (Doc. # 43) is **GRANTED.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 20th day of April 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record