```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
                      TAMPA DIVISION
GUILLERMO RAMIREZ,

        Plaintiff,            Case No. 8:09-cv-321-T-33TBM
v.

E.I. DUPONT DE NEMOURS
AND COMPANY,

        Defendant.
_____/
```

**ORDER**

This cause is before the Court pursuant to the Joint Motion for Permission to Bring Electronic Computer Equipment to the United States Courthouse (Doc. # 68), which was filed on August 2, 2010.

The Court notes that the use of computers and telephones in the Courthouse is restricted by Local Rule 4.11(b), M.D. Fla., however, this Court will allow the following individuals to each bring one cellular telephone and one laptop computer into the Courthouse during the trial of this case: Eileen Tilghman Moss, Esq., Daniel B. Rogers, Esq., Edward A. Moss, Esq., Ken Dandar, Esq., and Michael Fernandez.

It should be noted that taking pictures inside the Courthouse with camera telephones is forbidden. Counsel shall place the cellular telephones on vibrate, and restrain the use of the cellular telephones to the exterior of the Courthouse. Further, any cellular telephone, computer, and all other

technological equipment are subject to inspection at any time by the Court Security Officers and United States Marshals. Counsel may be called upon to present a copy of this Order to Court Security Officers at any time prior to being permitted to bring technological equipment, including cellular telephones and laptop computers, into the Courthouse.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED** that:

The Joint Motion for Permission to Bring Electronic Computer Equipment to the United States Courthouse (Doc. # 68) is **GRANTED** consistent with the foregoing restrictions and guidelines.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 2nd day of August 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record