```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

GUILLERMO RAMIREZ,

       Plaintiff,

v.                               Case No. 8:09-cv-321-T-33TBM

E.I. DUPONT DE NEMOURS AND
COMPANY,

       Defendant.
_____/

## ORDER

This matter is before the Court pursuant to Defendant's Motion in Limine #9 to Preclude Inflammatory Comments Before the Jury (Doc. # 93). Plaintiff filed a Response in Opposition (Doc. # 108). For the reasons that follow, the Motion will be denied.

## Analysis

Defendant seeks an order barring Plaintiff, his counsel, or his witnesses (including his expert witness) from characterizing Defendant's conduct as "illegal," "criminal," or "fraudulent" or from remarking that Defendant "destroyed evidence." (Doc. # 93 at 2).

Plaintiff correctly asserts that "Rules 401 and 403 permit the introduction of relevant evidence. . . . None of the Rules prohibit the use of any specific words." (Doc. # 108 at 1).

The Court will not prohibit Plaintiff, his counsel, or his witnesses from using specific words during the trial of this case. However, the Court cautions Plaintiff, his counsel, and his witnesses that they are prohibited from presenting neutral evidence in an objectively inflammatory manner with the goal of inflaming the passions of the jurors, nor should they cast unsupportable accusations toward Defendant in the presence of the jury. However, if Plaintiff or his counsel and/or witnesses engage in such conduct, the Court will take the proper measures to insure that Defendant receives a fair trial.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED**:

Defendant's Motion in Limine #9 to Preclude Inflammatory Comments Before the Jury (Doc. # 93) is **DENIED.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 1st day of September 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record

2