UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GUILLERMO RAMIREZ,

       Plaintiff,                Case No. 8:09-cv-321-T-33TBM

v.

E.I. DUPONT DE NEMOURS
AND COMPANY,

       Defendant.
_____/

**ORDER**

This cause is before the Court pursuant to the Joint Motion for Permission to Bring Electronic Computer Equipment to the United States Courthouse (Doc. # 118), which was filed on August 31, 2010.

The Court notes that the use of computers and telephones in the Courthouse is restricted by Local Rule 4.11(b), M.D. Fla., however, this Court will allow the following individuals to each bring one cellular telephone and one computer into the Courthouse during the trial of this case: Thomas M. Sherouse, Esq., Daniel B. Rogers, Esq., Alfred J. Saikali, Esq., Kennan Dandar, Esq., Thomas J. Dandar, Esq. and Lea Souza-Rasile. These individuals may also bring USB computer hard drives into the Courthouse.

It should be noted that taking pictures inside the Courthouse with camera telephones is forbidden. These individuals shall place the cellular telephones on vibrate,

and restrain the use of the cellular telephones to the exterior of the Courthouse. Further, any cellular telephone, computer, and all other technological equipment are subject to inspection at any time by the Court Security Officers and United States Marshals. These individuals may be called upon to present a copy of this Order to Court Security Officers at any time prior to being permitted to bring technological equipment, including cellular telephones and laptop computers, into the Courthouse.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED** that:

The Joint Motion for Permission to Bring Electronic Computer Equipment to the United States Courthouse (Doc. # 118) is **GRANTED** consistent with the foregoing restrictions and guidelines.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 2nd day of September 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:  All Counsel of Record