```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```
GUILLERMO RAMIREZ,

        Plaintiff,            Case No. 8:09-cv-321-T-33TBM

v.

E.I. DUPONT DE NEMOURS
AND COMPANY,

        Defendant.

_____/

**ORDER**

This cause is before the Court pursuant to Defendant's Motion for Permission to Bring Electronic Computer Equipment to the United States Courthouse (Doc. # 130), which was filed on September 2, 2010.

The Court notes that the use of computers and telephones in the Courthouse is restricted by Local Rule 4.11(b), M.D. Fla., however, this Court will allow Juan L. Carbonell, litigation specialist, to bring in two laptop computers and one cell phone and will also allow Annie Glisson, paralegal, to bring a call phone into the Courthouse during the trial of this case.

It should be noted that taking pictures inside the Courthouse with camera telephones is forbidden. These individuals shall place the cellular telephones on vibrate, and restrain the use of the cellular telephones to the exterior of the Courthouse. Further, any cellular telephone,

computer, and all other technological equipment are subject to inspection at any time by the Court Security Officers and United States Marshals. These individuals may be called upon to present a copy of this Order to Court Security Officers at any time prior to being permitted to bring technological equipment, including cellular telephones and laptop computers, into the Courthouse.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED** that:

Defendant's Motion for Permission to Bring Electronic Computer Equipment to the United States Courthouse (Doc. # 130) is **GRANTED** consistent with the foregoing restrictions and guidelines.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 3rd day of September 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:  All Counsel of Record