UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GUILLERMO RAMIREZ,

       Plaintiff,
v.                             Case No. 8:09-cv-321-T-33TBM

E.I. DUPONT DE NEMOURS AND
COMPANY,

       Defendant.
_____/

**ORDER**

This matter is before the Court pursuant to Plaintiff's Motion to Strike Defendant's Witnesses (Doc. # 94), DuPont's Motion to Prohibit Plaintiff from Presenting its Untimely Disclosed Damages Information at Trial (Doc. # 98), and Plaintiff's Motion to Strike Defendant's Experts' Testimony or in the Alternative, Plaintiff's Motion in Limine on Defendants' Expert Testimony (Doc. # 109), which are all ripe for the Court's consideration.

**Analysis**

It appears that neither party complied with the letter of Rule 26, Fed.R.Civ.P., nevertheless, each party has moved to sanction the other for such conduct.  For instance, Defendant seeks to strike Plaintiff's claim for non-economic damages because Plaintiff failed to provide Defendant with a computation of such damages in a timely manner.  Along the

same lines, Plaintiff seeks to strike various late-disclosed DuPont witnesses.

The Court determines that it would technically be appropriate to strike certain categories of Plaintiff's damages as well as certain DuPont witnesses for violations of the discovery rules. However, the Court determines that doing so would unfairly prejudice both parties and would greatly interfere with the truth seeking process that a trial should be. Accordingly, the pending motions to strike are denied. The Court's denial of the motions to strike is also buttressed by the apparent decision of both parties to "waive" Rule 26's requirement of initial disclosures. Further, in addition to being denied on the merits, Plaintiff's Motion to Strike DuPont's Experts (Doc. # 109), filed on August 27, 2010, is also due to be denied as untimely submitted.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED**:

(1) Plaintiff's Motion to Strike Defendant's Witnesses (Doc. # 94) is **DENIED.**

(2) DuPont's Motion to Prohibit Plaintiff from Presenting its Untimely Disclosed Damages Information at Trial (Doc. # 98) is **DENIED.**

(3) Plaintiff's Motion to Strike Defendant's Experts'

2

Testimony or in the Alternative, Plaintiff's Motion in Limine on Defendants' Expert Testimony (Doc. # 109) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>3rd</u> day of September 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record